**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **Case #: 15-10724** |
| | ) | **Chapter  7** |
| **PHILIP CRAIG BURKE** | ) | |
| **NEKOLIA SWOPE BURKE** | ) | |
| | ) | |
| **Debtor(s)** | ) | |

**ORDER TO COMPEL ABANDONMENT OF PROPERTY OR IN THE ALTERNATIVE TO
ALLOW DEBTORS TO CONVERT TO CHAPTER 13**

Upon motion of the Debtors, notice and a hearing, it is

ORDERED that Debtors' Chapter 7 Trustee abandon any interest in Debtors' estate, or

in the alternative, allow Debtors reasonable time to propose a plan and convert to Chapter 13.

# # #

Approved for Entry:

**Law Office of W. Thomas Bible, Jr.**

By: /s/ W. Thomas Bible, Jr.
W. Thomas Bible, Jr., BPR 014754
6918 Shallowford Road, Suite 100
Chattanooga, TN  37421
tom@tombiblelaw.com
Attorney for the Debtor