**Mountain City Construction Company, LLC**
3918 Dayton Blvd.
Chattanooga, TN 37415

# Proposal

**Bill To:**

Philip Burke
1860 Richmond Ln
Chattanooga TN 37421

**Date:** 5/13/2015

**Project:**

| Description | Total |
|---|---|
| WATER DAMAGE/MOLD REPAIR FOR 1860 RICHMOND LN | |
| Remove and replace EFIS from entire structure.<br>Remove and replace all water damaged wood.<br>Add vapor barrier to structure.<br>Install flashing<br>Install water proof base coat.<br>Install hard coat stucco | 5,982.00 |
| Remove and replace existing roof (42 Sq) using GAF 30 year timberline roofing, 15 lb felt flashing, ridge vent, plumbing boots and roof vent.<br>Remove all debris | 17,200.00 |
| Remove and replace all water damaged soffit and fascia.<br>Paint repairs to match<br>Remove existing gutters and replace with 6" gutters.<br>Replace and paint water damaged siding. | 11,270.00 |
| Remove water damaged drywall in master bed, bath, closet, upstairs hallway, bath bedroom and bonus room.<br>Remove and store for install: vanities, mirrors, light fixtures and plumbing fixtures.<br>Remove and replace carpet and pad in master bedroom, closet, upstairs hallway, bedroom and bonus room.<br>Remove and replace water damaged joist, studs and subfloor.<br>Treat all affected areas with Borate mold and mildew control.<br>Replace all water damaged insulation.<br>Hang and finish 1/2" drywall as required.<br>Install new base, crown, beams as required.<br>Paint all new construction to match existing. | 34,000.00 |

As stated in the above specifications, the costs, materials and specifications are satisfactory and are hereby accepted. I authorized the contractor to perform the work as specified and payments will be made as summarized above.

**Total** $68,452.00

SIGNATURE _____

| Phone: | Fax: | E-mail | Web Site |
|---|---|---|---|
| 423-648-0088 | 423-355-5374 | mountaincityconstruction@gmail.com | www.mtncityconstruction.com |