

**Hullco EXTERIORS**

7110 E Brainerd Rd
Chattanooga, TN 47412
(423) 899-2400
FAX (423) 899-8811
callhullco.com

## ROOF SPECIFICATION AGREEMENT

Buyer(s) Name: PHILIP BURKE
Date of Contract: 5-8-2015
Buyer(s) Street Address, City, State, and Zip Code: 1860 RICHMOND LN  CHATTANOOGA TN 37421
Daytime Telephone Number: 423-421-5912
Evening Telephone Number:
Mobile Telephone Number:
E-mail Address: philipeburke@gmail.com

### SHINGLES AND UNDERLAYMENT
- ☒ Remove Existing Roofing
- ☐ Additional Tear Off
- ☒ Diamond Deck   ☐ Felt ___ #
- ☒ Install New Roofing
  - Shingle Type: LANDMARK PRO
  - Color: ___

### ADDITIONAL ITEMS
- ☒ Install Winter Guard in Valleys
- ☐ Metal Valleys - Color: ___
- ☒ Drip Edge – Approx Footage: 299
- ☒ Ridge Vent – Approx Footage: 128
- ☒ Pipe Boots – Qty: 3

### FLASHING
- ☒ Step Flashing – Location: AROUND STD AREAS
- ☒ Counter Flashing – Location: ___
- ☐ Leave Existing Flashing – Location ___

Notes:

### ADDITIONAL JOB SPECIFICIATIONS
TOTAL FOR ROOF SYSTEM: $17,434.00

Hullco Exteriors agrees to provide all material and labor for the installation of the above custom made products. I understand that this is a custom order as per the specifications listed in this agreement. This Specification Agreement is subject to the terms and conditions of the CUSTOMER REMODELING AND IMPROVEMENT AGREEMENT.

Buyer/Homeowner's Signature: ___
Date: 5-8-2015
Hullco Exteriors Representative Signature: JAMES MALONE



**Hullco EXTERIORS**

7110 E Brainerd Rd
Chattanooga, TN 47412
(423) 899-2400
FAX (423) 899-8811
callhullco.com

## SIDING SPECIFICATION AGREEMENT

| Buyer(s) Name | Date of Contract |
|---|---|
| PHILIP BURKE | 5.8.2015 |

Buyer(s) Street Address, City, State, and Zip Code: 1860 RICHMOND LN   CHATTANOOGA TN 37421

| Daytime Telephone Number | Evening Telephone Number | Mobile Telephone Number | E-mail Address |
|---|---|---|---|
| 423.421.5912 | | | philipcburke@gmail.com |

### SIDING

☐ Install new _____ siding to home
   Color: _____ Profile: _____
   Corner Color: _____
   Location(s): _____
☐ Remove existing siding
☐ Side Over existing siding
   Notes:

☐ Install new _____ siding to home
   Color: _____ Profile: _____
   Corner Color: _____
   Location(s): _____
☐ Remove existing siding
☐ Side Over existing siding
   Notes:

### SOFFIT & FASCIA

| | | | |
|---|---|---|---|
| Cover Soffit Areas | Color: WHITE | Profile: HV | Location(s): ENTIRE HOUSE |
| Cover fascia board with aluminum trim coil | Color: WHITE | Profile: PVC | Location(s): ENTIRE HOUSE |
| Cover porch ceilings | Color: | Profile: | Location(s): |
| Stack and Beam   Style: _____ | ☐ one side   ☐ two sides | | |
| | Color: | Profile: | Location(s): |

### GUTTERS & DOWNSPOUTS

Replace existing gutters with ☐ 5" or ☒ 6" gutters   Color: WHITE
Replace existing downspouts with ☐ 2x3 or ☒ 3x4

### ACCESSORIES

| | | | | |
|---|---|---|---|---|
| Install new gable vents | Color: | Shape: | Quantity: | Location(s): |
| Install new shutters | Color: | Shape: | Quantity: | # of Pairs: |
| Cover window and door casings w/ aluminum trim coil | Color: | | Windows: | |
| | Doors: | Garage Doors: | | Location(s): |
| Build Out   Color: | Windows: | Doors: | Garage Doors: | Location(s): |

### ADDITIONAL JOB SPECIFICATIONS

TOTAL FOR SOFFIT + FASCIA + GUTTERING: $6387

Hullco Exteriors agrees to provide all material and labor for the installation of the above custom made products. I understand that this is a custom order as per the specifications listed in this agreement. This Specification Agreement is subject to the terms and conditions of the CUSTOMER REMODELING AND IMPROVEMENT AGREEMENT.

_____   5.8.2015   _____
Buyer/Homeowner's Signature   Date   Hullco Exteriors Representative Signature

JAMES MACOM

# Brothers Construction

Plastering/EIFS/Stucco
131 Hendricks Blvd.
Chattanooga, Tennessee 37405
(423) 488-6041

5/8/15

Proposal for:
Phil Burke
1860 Richmond LN
Chattanooga, TN 37421

Work to be performed:

Remove all EFIS from house.

Replace all rotten wood, add a vapor barrier on all of the substrate.

Install flashing and water proof base-coat.

Install hard-coat stucco.

Total-------------------------------------------------------------------------$4,985.00

All works performed by Brothers Construction is guaranteed for five years and fully transferable. This guarantee does not cover damage due to lack of maintenance such as: gutters, window frames, caulking, roof, painting, storm, birds etc.

Payments to be made in weekly draws, Balance due upon completion.

Accept                                              Brothers Construction

# Estimate

**AZTEC DRYWALL GEN CONT INC**
P.O. Box 23869
Chattanooga TN 37422

| Date | Estimate # |
|---|---|
| 5/13/2015 | 378 |

**Name / Address**
Philip and Nekolia Burke
1860 Richmond Lane
Chattanooga, TN 37421
(423) 421-5912

**project**
Philip and Nekolia Burke
1860 Richmond Lane
Chattanooga, TN 37421
(423) 421-5912

| Item | Description | Qty SQ.FT | Unit Price | TOTAL $ |
|---|---|---|---|---|
| Repairs | **Master Bedroom**<br>Damaged decorative beams removed and replaced<br>Crown molding, door trim, baseboards removed and reinstalled<br>Drywall removed from ceiling and replaced/knock down textured finish<br>Drywall removed from 9 ft walls and replaced<br>Ceiling Insulation R-30 removed and replaced<br>Wall insulation R-13 removed and replaced<br>Ceiling fan/light removed and reinstalled<br>All trim will be painted with oil based semi-gloss paint<br>Drywall to be painted with 2 coats flat latex finish paint<br><br>**Hallway Main Floor**<br>Drywall removed from ceiling and replaced w/knock down textured finish<br>Baseboard trim removed and replaced<br>Door trim removed and replaced<br>Drywall removed from 9 ft walls and replaced<br>Wall insulation R-13 removed and replaced, garage wall only<br>All trim will be painted with oil based semi-gloss paint<br>Drywall to be painted with 2 coats flat latex finish paint<br><br>**Master Bedroom Closet**<br>Closet shelving remove and reinstalled<br>Door trim removed and replaced<br>Baseboard trim removed and replaced<br>Light fixture removed and reinstalled<br>Drywall removed from ceiling and replaced w/knock down textured finish<br>Drywall removed from 9 ft walls and replaced<br>Wall insulation R-13 removed and replaced<br>All trim will be painted with oil based semi-gloss paint<br>Drywall to be painted with 2 coats flat latex finish paint | | 25,840.00 | 25,840.00 |

**TOTAL   $**

| Phone # | E-mail | Web Site |
|---|---|---|
| 706-463-3103 | aztec1drywall@gmail.com | www.aztecdrywall.com |

Page 1

AZTEC DRYWALL GEN CONT INC
P.O, Box 23869
Chattanooga TN 37422

# Estimate

| Date | Estimate # |
|---|---|
| 5/13/2015 | 378 |

**Name / Address**

Philip and Nekolia Burke
1860 Richmond Lane
Chattanooga, TN 37421
(423) 421-5912

**project**

Philip and Nekolia Burke
1860 Richmond Lane
Chattanooga, TN 37421
(423) 421-5912

| Item | Description | Qty SQ.FT | Unit Price | TOTAL $ |
|---|---|---|---|---|
| | Vanity top/sinks removed and reinstalled
Vanity removed and reinstalled
Drywall removed from ceiling and replaced w/knock down textured finish
Drywall removed from 9 ft walls and replaced
Wall insulation R-13 removed and replaced
All trim will be painted with oil based semi-gloss paint
Drywall to be painted with 2 coats satin latex finish paint

Bathroom Second Level
Vanity top/sink removed and reinstalled
Vanity removed and reinstalled
Lighting removed and reinstalled
Mirrors removed and reinstalled
Door trim removed and reinstalled
Baseboard trim removed and replaced
Drywall removed from ceiling and replaced w/knock down textured finish
Drywall removed from 8 ft walls and replaced
Ceiling Insulation R-30 removed and replaced
Wall insulation R-13 removed and replaced
All trim will be painted with oil based semi-gloss paint
Drywall to be painted with 2 coats latex satin finish paint

Hallway Second Level
Door trim removed and reinstalled
Baseboard trim removed and replaced
Drywall removed from ceiling and replaced w/knock down textured finish
Drywall removed from 8 ft walls and replaced
Ceiling Insulation R-30 removed and replaced
All trim will be painted with oil based semi-gloss paint
Drywall to be painted with 2 coats flat latex finish paint | | | |

**TOTAL $ $25,840.00**

| Phone # | E-mail | Web Site |
|---|---|---|
| 706-463-3103 | aztec1drywall@gmail.com | www.aztecdrywall.com |

Page 2