

Philip Burke <philipcburke@gmail.com>

## Servpro Estimate

5 messages

---

**Mike** <mbrown@servprosouthchattanooga.com>  Sun, May 10, 2015 at 7:51 PM
To: "philipcburke@gmail.com" <philipcburke@gmail.com>

I apologize Mr Burke I put 2 L's in your email even after we talked about it.

The total would come to $21,845.

This would include the removal, haul off and replacement off all shingles and minimal decking (Up to 64sf). Once we get into this if we find other areas that need to be replaced then we may need to look at this again.

The removal and replacement of all of the stow on the front of the house and both sides of the front gable. This will be replaced with the much harder material they use in these applications. Also it can be mixed to the color you choose.

The replacement of the damaged soffit and fascia. Also painting the soffit and fascia around the entire home.

One recommendation from my carpenter was to replace your existing gutter with a 6" gutter. This could be the reason the soffit and fascia are starting to rot. You have such a steep pitch that the gutters are just filling up and it's running back behind them.

If you have any questions please let me know.

Thanks

**Mike Brown | Project Manager / Estimator**
**Cell:** (423) 443-5042
**Email: mbrown@servpronorthchattanooga.com**

**SERVPRO® of North Chattanooga**
Office: (423) 332-7678
8701 Dayton Pike, Suite 117
Soddy Daisy, TN 37379
Profiles:

**My goal is to provide outstanding customer service and communication in a timely manner. If you feel I am not fulfilling my commitment, please contact my direct supervisor, Rob Cuthbertson, at** 423-242-8256 **or at rob.c@servproofeastchattanooga.com.**



## SERVPRO of South Chattanooga

1211 Latta St  
Chattanooga, TN 37406  
Office (423) 785-3200  
info@servprosouthchattanooga.com

| | | | |
|---|---|---|---|
| Client: | Philip Burke | Home: | (423) 421-5912 |
| Property: | 1860 Richmond Lane | | |
| | Chattanooga, TN 37421 | | |
| | | | |
| Operator: | MHOLLAND | | |
| | | | |
| Estimator: | Matt Holland | Home: | (423) 994-2565 |
| | | E-mail: | MHolland@ServproSouthChattanooga.com |

Type of Estimate: &lt;NONE&gt;  
Date Entered: 5/12/2015    Date Assigned:

Price List: TNCH28_APR15  
Labor Efficiency: Restoration/Service/Remodel  
Estimate: 2015-05-12-5158-1



**SERVPRO of South Chattanooga**

1211 Latta St
Chattanooga, TN 37406
Office (423) 785-3200
info@servprosouthchattanooga.com

2015-05-12-5158-1

Main Level

## Main Level

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 1. Add for HEPA filter (for neg. air machine/vacuum - Large) | 1.00 EA | 0.00 | 237.28 | 21.28 | 258.56 |
| 2. Neg. air fan/Air scrub.-Large (per 24 hr period)-No monit. | 4.00 DA | 0.00 | 106.18 | 0.00 | 424.72 |
| 3. Dumpster load - Approx. 12 yards, 1-3 tons of debris | 1.00 EA | 293.00 | 0.00 | 0.00 | 293.00 |
| 4. Add for personal protective equipment - Heavy duty | 8.00 EA | 0.00 | 17.77 | 13.15 | 155.31 |
| 5. Respirator - Full face - multi-purpose resp. (per day) | 4.00 DA | 0.00 | 7.61 | 0.00 | 30.44 |
| 6. PAPR cartridge - HEPA only (single cartridge) | 8.00 EA | 0.00 | 19.50 | 14.43 | 170.43 |
| 7. Content Manipulation charge - per hour | 32.00 HR | 0.00 | 25.25 | 0.00 | 808.00 |

Total: Main Level     48.86     2,140.46



**Master Bedroom**     Height: 9'

549.13 SF Walls     232.11 SF Ceiling
781.24 SF Walls & Ceiling     232.11 SF Floor
25.79 SY Flooring     61.01 LF Floor Perimeter
61.01 LF Ceil. Perimeter

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 8. Tear out drywall, cleanup, bag - Cat 3 | 781.24 SF | 0.87 | 0.00 | 10.84 | 690.52 |
| 9. Tear out and bag insulation | 781.24 SF | 0.49 | 0.00 | 4.34 | 387.15 |
| 10. HEPA Vacuuming - Detailed - (PER SF) | 1,013.35 SF | 0.00 | 0.75 | 0.00 | 760.01 |
| 11. Apply plant-based anti-microbial agent | 1,013.35 SF | 0.00 | 0.18 | 3.75 | 186.15 |
| 12. Mask or cover per square foot | 232.11 SF | 0.27 | 0.00 | 1.50 | 64.17 |
| 13. Tear out trim and bag for disposal - up to Cat 3 | 122.03 LF | 0.61 | 0.00 | 1.81 | 76.25 |
| 14. Deodorize building - Hot thermal fog | 2,089.01 CF | 0.00 | 0.04 | 0.00 | 83.56 |

Totals: Master Bedroom     22.24     2,247.81



**SERVPRO of South Chattanooga**

1211 Latta St
Chattanooga, TN 37406
Office (423) 785-3200
info@servprosouthchattanooga.com

---



**Master Bath**  Height: 9'

413.92 SF Walls                 115.20 SF Ceiling
529.12 SF Walls & Ceiling       115.20 SF Floor
 12.80 SY Flooring               45.99 LF Floor Perimeter
 45.99 LF Ceil. Perimeter

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 15. Tear out drywall, cleanup, bag - Cat 3 | 529.12 SF | 0.87 | 0.00 | 7.34 | 467.67 |
| 16. Tear out and bag insulation | 529.12 SF | 0.49 | 0.00 | 2.94 | 262.21 |
| 17. HEPA Vacuuming - Detailed - (PER SF) | 644.32 SF | 0.00 | 0.75 | 0.00 | 483.24 |
| 18. Apply plant-based anti-microbial agent | 644.32 SF | 0.00 | 0.18 | 2.38 | 118.36 |
| 19. Mask or cover per square foot | 115.20 SF | 0.27 | 0.00 | 0.75 | 31.85 |
| 20. Tear out trim and bag for disposal - up to Cat 3 | 91.98 LF | 0.61 | 0.00 | 1.36 | 57.47 |
| 21. Deodorize building - Hot thermal fog | 1,036.80 CF | 0.00 | 0.04 | 0.00 | 41.47 |

Totals: Master Bath                                                 14.77      1,462.27

---



**Master Closet**  Height: 9'

256.86 SF Walls                  50.91 SF Ceiling
307.77 SF Walls & Ceiling        50.91 SF Floor
  5.66 SY Flooring               28.54 LF Floor Perimeter
 28.54 LF Ceil. Perimeter

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 22. Tear out drywall, cleanup, bag - Cat 3 | 307.77 SF | 0.87 | 0.00 | 4.27 | 272.03 |
| 23. Tear out and bag insulation | 307.77 SF | 0.49 | 0.00 | 1.71 | 152.52 |
| 24. HEPA Vacuuming - Detailed - (PER SF) | 358.67 SF | 0.00 | 0.75 | 0.00 | 269.00 |
| 25. Apply plant-based anti-microbial agent | 358.67 SF | 0.00 | 0.18 | 1.33 | 65.89 |
| 26. Mask or cover per square foot | 50.91 SF | 0.27 | 0.00 | 0.33 | 14.08 |
| 27. Tear out trim and bag for disposal - up to Cat 3 | 57.08 LF | 0.61 | 0.00 | 0.84 | 35.66 |



**SERVPRO of South Chattanooga**

1211 Latta St
Chattanooga, TN 37406
Office (423) 785-3200
info@servprosouthchattanooga.com

**CONTINUED - Master Closet**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 28. Deodorize building - Hot thermal fog | 458.15 CF | 0.00 | 0.04 | 0.00 | 18.33 |
| Totals: Master Closet | | | | 8.48 | 827.51 |



**Hallway**  Height: 8'

350.58 SF Walls          84.54 SF Ceiling
435.12 SF Walls & Ceiling   84.54 SF Floor
9.39 SY Flooring         43.82 LF Floor Perimeter
43.82 LF Ceil. Perimeter

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 29. Tear out drywall, cleanup, bag - Cat 3 | 435.12 SF | 0.87 | 0.00 | 6.04 | 384.59 |
| 30. Tear out and bag insulation | 435.12 SF | 0.49 | 0.00 | 2.42 | 215.63 |
| 31. HEPA Vacuuming - Detailed - (PER SF) | 519.66 SF | 0.00 | 0.75 | 0.00 | 389.75 |
| 32. Apply plant-based anti-microbial agent | 519.66 SF | 0.00 | 0.18 | 1.92 | 95.46 |
| 33. Mask or cover per square foot | 84.54 SF | 0.27 | 0.00 | 0.55 | 23.38 |
| 34. Containment Barrier/Airlock/Decon. Chamber | 64.00 SF | 0.00 | 0.50 | 0.41 | 32.41 |
| 35. Peel & seal zipper - heavy duty | 1.00 EA | 0.00 | 12.41 | 0.87 | 13.28 |
| 36. Tear out trim and bag for disposal - up to Cat 3 | 87.64 LF | 0.61 | 0.00 | 1.30 | 54.76 |
| 37. Deodorize building - Hot thermal fog | 676.32 CF | 0.00 | 0.04 | 0.00 | 27.05 |
| Totals: Hallway | | | | 13.51 | 1,236.31 |
| **Total: Main Level** | | | | **107.86** | **7,914.36** |

**Labor Minimums Applied**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 38. Hazardous waste/mold rem. labor min | 1.00 EA | 0.00 | 118.88 | 0.00 | 118.88 |
| Totals: Labor Minimums Applied | | | | 0.00 | 118.88 |



**SERVPRO of South Chattanooga**

1211 Latta St
Chattanooga, TN 37406
Office (423) 785-3200
info@servprosouthchattanooga.com

Line Item Totals: 2015-05-12-5158-1                                107.86              8,033.24

**Grand Total Areas:**

| | | |
|---|---|---|
| 1,570.49 SF Walls | 482.76 SF Ceiling | 2,053.25 SF Walls and Ceiling |
| 482.76 SF Floor | 53.64 SY Flooring | 179.37 LF Floor Perimeter |
| 0.00 SF Long Wall | 0.00 SF Short Wall | 179.37 LF Ceil. Perimeter |
| 482.76 Floor Area | 260.63 Total Area | 1,570.49 Interior Wall Area |
| 995.45 Exterior Wall Area | 102.00 Exterior Perimeter of Walls | |
| 0.00 Surface Area | 0.00 Number of Squares | 0.00 Total Perimeter Length |
| 0.00 Total Ridge Length | 0.00 Total Hip Length | |

 **SERVPRO of South Chattanooga**

1211 Latta St
Chattanooga, TN 37406
Office (423) 785-3200
info@servprosouthchattanooga.com

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 7,925.38 |
| Material Sales Tax | 107.86 |
| **Replacement Cost Value** | **$8,033.24** |
| **Net Claim** | **$8,033.24** |

_____
Matt Holland

# Estimate

AZTEC DRYWALL GEN CONT INC
P.O, Box 23869
Chattanooga TN 37422

| Date | Estimate # |
|---|---|
| 5/13/2015 | 378-2 |

**Name / Address**

Philip and Nekolia Burke
1860 Richmond Lane
Chattanooga, TN 37421
(423) 421-5912

**project**

Philip and Nekolia Burke
1860 Richmond Lane
Chattanooga, TN 37421
(423) 421-5912

| Item | Description | Qty SQ.FT | Unit Price | TOTAL $ |
|---|---|---|---|---|
| Repairs | Master Bedroom<br>Decorative beams replaced<br>Crown molding, door trim, baseboards installed<br>Drywall installed ceiling w/knock down textured finish<br>Drywall 9ft. walls installed smooth finish<br>Ceiling Insulation R-30 installed<br>Wall insulation R-13 installed<br>Ceiling fan/light reinstalled<br>All trim will be painted with oil based semi-gloss paint<br>Drywall to be painted with 2 coats flat latex finish paint<br><br>Hallway Main Floor<br>Drywall installed ceiling w/knock down textured finish<br>Baseboard trim installed<br>Door trim 3-1/4" installed<br>Drywall installed 9 ft. walls smooth finish<br>Wall insulation R-13 installed, garage wall only<br>All trim will be painted with oil based semi-gloss paint<br>Drywall to be painted with 2 coats flat latex finish paint<br><br>Master Bedroom Closet<br>Closet shelving reinstalled<br>Door trim installed<br>Baseboard trim installed<br>Light fixture reinstalled<br>Drywall installed ceiling w/knock down textured finish<br>Drywall installed 9 ft. walls smooth finish<br>Wall insulation R-13 installed<br>All trim will be painted with oil based semi-gloss paint<br>Drywall to be painted with 2 coats flat latex finish paint | | 23,500.00 | 23,500.00 |

**TOTAL $**

| Phone # | E-mail | Web Site |
|---|---|---|
| 706-463-3103 | aztec1drywall@gmail.com | www.aztecdrywall.com |

Page 1

# Estimate

**AZTEC DRYWALL GEN CONT INC**
P.O, Box 23869
Chattanooga TN 37422

| Date | Estimate # |
|---|---|
| 5/13/2015 | 378-2 |

**Name / Address**

Philip and Nekolia Burke
1860 Richmond Lane
Chattanooga, TN 37421
(423) 421-5912

**project**

Philip and Nekolia Burke
1860 Richmond Lane
Chattanooga, TN 37421
(423) 421-5912

| Item | Description | Qty SQ.FT | Unit Price | TOTAL $ |
|---|---|---|---|---|
| | Vanity top/sinks reinstalled<br>Vanity reinstalled<br>Drywall installed ceiling w/knock down textured finish<br>Drywall installed 9 ft. walls **smooth finish**<br>Wall insulation R-13 installed<br>All trim will be painted with oil based semi-gloss paint<br>Drywall to be painted with 2 coats satin latex finish paint<br><br>Bathroom Second Level<br>Vanity reinstalled<br>Lighting reinstalled<br>Mirrors reinstalled<br>Door trim installed<br>Baseboard trim installed<br>Drywall installed ceiling w/knock down textured finish<br>Drywall installed 8 ft. walls smooth finish<br>Ceiling Insulation R-30 installed<br>Wall insulation R-13 installed<br>All trim will be painted with oil based semi-gloss paint<br>Drywall to be painted with 2 coats latex satin finish paint<br><br>Hallway Second Level<br>Door trim installed<br>Baseboard trim installed<br>Drywall ceiling w/knock down textured finish<br>Drywall installed 8 ft. walls smooth finish<br>Ceiling Insulation R-30 installed<br>All trim will be painted with oil based semi-gloss paint<br>Drywall to be painted with 2 coats flat latex finish paint | | | |

**TOTAL  $  $23,500.00**

| Phone # | E-mail | Web Site |
|---|---|---|
| 706-463-3103 | aztec1drywall@gmail.com | www.aztecdrywall.com |

Page 2